UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-21636-CIV-HUCK/O'SULLIVAN

ROSEMARIE HERNANDEZ,

    Plaintiff,

v.

ROYAL CARIBBEAN CRUISES LTD.,

    Defendant.
_____/

### ORDER

THIS MATTER is before the Court on the Defendant Royal Caribbean Cruises Ltd's Motion to Disqualify Plaintiff's Counsel (DE# 18, 7/2/10). Having reviewed the motion, it is hereby

ORDERED AND ADJUDGED that plaintiff shall file a response to the Defendant Royal Caribbean Cruises Ltd's Motion to Disqualify Plaintiff's Counsel (DE# 18, 7/2/10) on or before **Monday, July 19, 2010**. See S.D. Fla. L.R. 7.1(c) (requiring a response and stating that "[f]ailure to do so may be deemed sufficient cause for granting the motion by default."). The movant is permitted to file a reply on or before **Thursday, July 29, 2010**.

DONE AND ORDERED, in Chambers, at Miami, Florida, this **13th** day of July, 2010.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
U.S. District Judge Huck
All Counsel of Record