UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  10-21636-CIV-HUCK/O'SULLIVAN

ROSEMARIE HERNANDEZ,

      Plaintiff,

v.

ROYAL CARIBBEAN CRUISES, LTD.,
a Liberian corporation

      Defendant.
_____/

## PLAINTIFF'S EXPERT WITNESS LIST

COMES NOW Plaintiff, by and through her undersigned counsel and pursuant to Federal Rule of Civil Procedure 26(2)(A) and this Court's Pretrial Order entered June 16, 2010, and hereby serves her Expert Witness List as follows:

**A.  EXPERT WITNESSES**

    1.    Dr. Shihab Asfour
          University of Miami
          1251 Memorial Drive
          268 McArthur Engineering Building
          Coral Gables, Florida  33146
          Dr. Asfour is a Professor of Engineering and will testify about his findings as a result of his shipboard inspection, education, training and experience.  Dr. Asfour awaits the deposition of Plaintiff and Defendant's Corporate Representative as well as CCTV of the incident and the design plans of the vessel.

    2.    Dr. Stephen Wender
          Orthopaedic Care Center
          21000 N.E. 28th Avenue
          Aventura, Florida  33180
          Dr. Wender will examine the Plaintiff and render an opinion on the Plaintiff's orthopedic injury, future medical needs, cause of the injury, Plaintiff's current medical condition and Plaintiff's medical care and treatment.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 27, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/Jonathan B. Aronson*
Jonathan B. Aronson, Esq.
Florida Bar No. 434116
Aronson Law Firm
Post Office Box 565130
Miami, Florida  33256
Telephone:  (305) 665-8626
Facsimile:  (305) 665-3429
Email:  jaronson@aronsonlawfirm.com

## SERVICE LIST

Scott P. Mebane, Esq.
Mase Lara Eversole, P.A.
2601 South Bayshore Drive
Suite 800
Miami, Florida  33133
Telephone:     (305) 377-3770
Facsimile:     (305) 377-0080
Email:         smebane@mletrial.com
*Attorneys for Defendant*

James M. Walker, Esq.
Walker & O'Neill, P.A.
7301 S.W. 57th Court
South Miami, Florida  33143
Telephone:     (305) 995-5300
Facsimile:     (305) 995-5310
Email:         jwalker@cruiselaw.com
*Attorney for Plaintiff*