UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 10-CV-21636-PCH

ROSEMARIE HERNANDEZ,
    Plaintiff,

v.

ROYAL CARIBBEAN CRUISES, LTD.
    Defendant.
_____/

## ORDER AFFIRMING MAGISTRATE JUDGE'S ORDER DENYING DEFENDANT'S FIRST AMENDED MOTION TO DISQUALIFY PLAINTIFF'S COUNSEL

THIS CAUSE is before the Court on Defendant's, Royal Caribbean Cruises, Ltd.'s Appeal from Magistrate's Order Denying Defendant's First Amended Motion to Disqualify Plaintiff's Counsel taken pursuant to 28 U.S.C. § 636(b)(1)(A). The Court has considered the underlying non-dispositve Motion, which was referred to Magistrate Judge John O'Sullivan for his determination pursuant to 28 U.S.C. § 636(b)(1)(A) and Local Magistrate Rule 4(a)(1). Judge O'Sullivan's Order denying the Motion, Royal Carribean's Appeal, the parties respective legal memoranda and pertinent portions of the record.

This Court may reconsider the Order denying the Motion only if Magistrate Judge O'Sullivan's Order is clearly erroneous or contrary to law. *Id*. After reviewing the record, and in particular the very detailed, well-reasoned Order, the Court concludes that Royal Caribbean has not shown that the Order is clearly erroneous or contrary to law. Accordingly, the appeal is denied and the Order is affirmed.

DONE AND ORDERED in Chambers in Miami, Florida, on October 19, 2010.

_____
PAUL C. HUCK
Senior U.S. District Court Judge

cc: All counsel of record